

Original PH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
10-26-10
OCT 26 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry James

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Hammond, Indiana Police Department

Sgt. Grisafi

Chicago Police Department 4th dist.

Officer Christoph Stark

Officer Adam Paulsen

Officer John Doe

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

10 C 6898
Judge Joan B. Gottschall
Magistrate Judge Morton Denlow

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
               U.S. Code (state, county, or municipal defendants)

          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Larry James

   B. List all aliases: N/A

   C. Prisoner identification number: R63280

   D. Place of present confinement: Pinckneyville Correctional Center

   E. Address: 5835 State R.T. 154 Pinckneyville, ILL 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Hammond, Indiana Police Department

   Title: 

   Place of Employment: Hammond, Indiana Police Department

   B. Defendant: Sgt. Grisafi star# 360

   Title: Sergeant star# 360

   Place of Employment: Hammond, Indiana Police Department

   C. Defendant: Chicago 4th district Police Department

   Title: 

   Place of Employment: Chicago 4th district Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendant(s)

D. Defendant: Christoph Stark
   Title: Officer star# 4728
   Place of Employment: Chicago 4th district Police Department

E. Defendant: Adam Paulsen
   Title: Officer star# 5446
   Place of Employment: Chicago 4th district Police Department

F. Defendant: John Doe
   Title: Officer star# 5582
   Place of Employment: Chicago 4th district Police Department

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) At all times, each defendants acted under color of state law. The Defendants Sgt. Grisafi, officer Stark, officer Paulsen illegally search and seizure violated plaintiff, Larry James right, and constituted illegal searche and seizure under the fourth amendment of the United States Constitution. Defendant Sgt. Grisafi fabericated his report to chicago Police, that he seen me commite a Armed Robbery on his dashcam and I pointed a gun at his car. Defendant Sgt. Grisafi also had chicago Police to let him take my car back to Indiana impound. Sgt. Grisafi went in front of an Indiana judge and fabericated his testmony under oath to the judge to get an search warrent on sept 1, 2009. For resisting arrest and pointing a gun at a police officer. An which my property was taken out of my car and the clothes and shoes taken off my body illegally. which result in false imprisonment and false arrest.

(2) The Defendant Sgt. Grisafi use of excessive force after I crushed him up to my car pointing his gun at me threaten to shoot me, And snatching me out of my car throwing me on the ground and kicking me in the back

4

and my side. After being put in handcuffs the ambulance was pulling up to the scene. The ambulance officer asked Sgt. Grisafi do I need medical treatment which he said no his going to jail referring to plaintiff. I plaintiff, Larry James told Sgt. Grisafi that I do need medical treatment because I hit my head and arm on the streeting wheel. Resulting in a massive headache and a bloodcot on my arm and which I also told Sgt. Grisafi that I was on cumdian, but he still refused me medical treatment. After Sgt. Grisafi toke me to chicago 4th district where I was beated on again by Officer Stark and Officer Paulsen and I tryed to talk to a Cheif or Lieutenant but the officers went let me. Also the officers at chicago 4th district police station refused to give me my phone call and feed me. I was not allowed to seek medical treatment until the next day on 8-28-09. After suffering excessive pain all night with no food. All because Sgt. Grisafi fabericated his report to chicago P.D. of the crimes they said that I falsly commited. Defendants violated plaintiff, Larry James rights and Constituted cruel and unusal punishment under the Eighth amendment of the united State contitution.

(3). Defendants Sgt. Grisafi, Officer Stark, Officer Paulsen, and John Doe star #5582, knownly filed a fabericated police report. Sgt. Grisafi had the other defendants to falsly charge me with knowing what they was writing in the police report was fabericated charging me with Armed Robbery; fleeing/attempting to elude police; Driving/Never issued licen; Operating vehicle w/o

5

insurance; Leaving scene of accident - Injury/Death; and fail to give info/Render Aid. After all the Defendants said I had been positively identified by victim. I never commited any of those offenses and Chicago Police know this and I have paper to prove it. I was never pointed out by a victim before being arrested nor was a gun found on me or in my car. I was violated on parole because the defendants knowenly filed a false police report. Non of the defendants read me my miranda rights or allowed me a phone call. The chicago defendants knowingly put the trickets and other important papers was put in my property. which my property was destroyed because my inventory paper I didn't have to get my property out before the 30 days. Sgt. Grusafi never persented any evidence to back up his fabericated story. Also I have been trying to obtain the police reports from chicago P.D and Hammond court house and police station. which they are refusing me even under ~~of~~ free of information act. which is a conspiracy and a cover up because the defendants violated plaintiff rights and to deny me from taking legal action. Defendants violated plaintiff, Larry James rights and constituted, due process of law; nor deny to any person within its jurisdiction the equal protection of law. Under the fourteenth amendment of the United States Contitution. The court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. section 1367.

7

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① Enter an order directing the Defendant(s) to pay courts cost(s) and Attorney fees for Plaintiff having to bring this action.

② Enter an order for compensatory damages in the amount to be determined by the Honorable Courts

③ Enter an order for punitive damages in the amount to be determined by the Honorable Courts to deter Defendant(s) from such behavior in the future.

④ Also other equitable Relief this Court deems Fair and Just in the Premises.

VI.   The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __Oct__, 20_10_

_[signature: Larry James]_
(Signature of plaintiff or plaintiffs)

__Larry James__
(Print name)

__R63280__
(I.D. Number)

__5835 State RT. 154__

__Pinckneyville, Illinois 62274__
(Address)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

**Section A: Violation Details**

Offender: James, Larry    Alias: ____    ID#: R63280

Parent Facility: Big Muddy River CC    County of Violation: Cook    Date of Birth: 09/11/1989

Program released to: Parole    Level of Supervision: One

Gender: ☒ Male ☐ Female    Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other ____

FBI#: 38457MC5    I.R.#: 1668697    CCJ#: ____

Release Date: 12/24/2008    Sentence Exp. Date: 12/24/2011    Violation Date: 08/27/2009

Custody Facility: Chicago Police Department District Four Lockup    Custody Date: 08/27/2009

Offense(s): Robbery-Armed W/Firearm; Fleeing/Atempting to Alude Police; Driving/Never Issued License; Operating Vehile W/O insurance; Leaving Scene of Accident - Injury/Death

IDOC Warrant #: MN 0908690    Date Warrant Issued: 08/27/2009

Parolee Larry James is currently on parole for the following offenses (list all mittimus offenses) Armed Robbery - Armed with Firearm and was incarcerated from 07/17/2007 to 12/24/2008. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : Report was filed 8/28/09 by the Chicago PD. The incident occurred on 8/27/09 in Hammon Indiana. Apparently the chase began in Hammond Indiana and ended in Chicago 4th district. James was arrested after being positively identified by the victim as the driver of the vehicle that approached victim, pointed a firearm at the victim and demanded money. James then fled and was spotted by police Sgt, Hammond. Sgt. Grisafi attempted to curb offender and offender accelerated to elude the Sgt. Offender then crossed an intersection at a high rate of speed pursued by Sgt. Grisafi and offender struck another vehicle causing minor injuries to the passenger. Offender and three others exited the vehicle and attempted to flee on foot after their vehicle was disabled in the crash. Offender was immediately apprehended. The Hammon PD reported to AMS offender committed a second armed robbery and pointed a gun at a police officer. Offender is being charged with Armed Robbery and Aggravated Assault to a Police Office. There are no police reports available form the Hammon PD at this time. Offender will be moved to the Cook County Jail on 08/29/09..

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : On 2/10/09 offender was arrested for possession of cannablis and on 2/16/09 offender tested positive for THC. Offender was sanctioned with Day reporting. On 3/05/09 offender was issued a verbal reprimand for missing days at day reporting. and on 4/09/09 offender dropped out of the day reporting program.

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes    Offender has been an absconder since (support in your narrative):

Did the offender make any contacts to AMS while an absconder? ☐ No ☐ Yes    If yes, dates of contacts:

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees.

Prior mittimus offense(s) and conviction date(s): None

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.) Distict four Lockup.

Where was the offender's approved host site? 913 s 20th St; Mt. Vernon    Can the offender return to this host site? ☐ No ☒ Yes  Juralee

If no, state why and also what other host site options does the offender have?

Offender was employed at time of arrest/alleged violation with: ____ for 9 week(s) 4 month(s) ____ year(s).

Did the offender attend school at time of arrest/alleged violation? ☐ No ☒ Yes    If yes, level of education: ____

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15,

referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports) :

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available) :

Does parolee have:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| State ID | ☒ Yes | ☐ No | ☐ Unknown | Driver's License | ☒ Yes | ☐ No | ☐ Unknown |
| Birth Certificate | ☒ Yes | ☐ No | ☒ Unknown | Social Security Card | ☒ Yes | ☐ No | ☒ Unknown |

If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance:

Offender attending or enrolled in sex offender treatment with (provider):    at (address):    for (length of time and progress - attach progress notes):

Is this current arrest or alleged violation a sex related offense? ☐ No ☐ Yes    Relationship to victim:

List the offender's overall successes that will assist in providing support upon re-entry to the community:

☒ Supportive Immediate Family System
☒ Supportive Friends/Extended Relatives System
☒ Supportive Community Resources (List) : church, manpower
☒ Employable Skills (List) : Carpenter, landscape, computer, engineering, Assist Care provider, business student, maintenance,
☒ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance): Offender was involved in two armed robberies, pointed a gun at a police officer and was involved in a high speed chase that ended in a wreck with injuries to victims. Offender's behavior is beyond unacceptable.

**Agent's Institutional and Release Recommendation:**

Is diversion recommended for this parolee ? ☒ No   ☐ Yes    Support your recommendation using the three (3) diversion criteria : Public Safety issues as described above.

Recommended changes to current PRB orders and justification: None

Recommended time to be served and justification: Duration due to the nature of his violation

Other recommendations and justification: None

Attachments: ☐ Sanction Form    ☐ Police Report    ☐ Other (specify):

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| Jackie Davison | I75 | *[signature]* | 08/28/2009 |
|---|---|---|---|
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

**Supervisor Comments** (if any - supervisor must **specifically** review the diversion review recommendation and concur/non-concur):

| Paul Carlson | H85 | *[signature]* | 08/28/2009 |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

Section B: Notice of Charges must be completed at the same time this section is completed

Distribution: Offender; Releasing Authority; Offender's Case File;
Parent Field Services Representative; AMS;
Hearing Officer; If FOS, Interstate Compact

Page 2

*Printed on Recycled Paper*

DOC 0071 (Rev 04/2007)

PERSONAL PROPERTY RECEIPT  
CHICAGO POLICE DEPARTMENT  
RECEIPT NO. P1862760

DATE RECEIVED: 27 Aug 09  
DISTRICT UNIT NO.: 004

THE FOLLOWING LISTED PROPERTY WAS TAKEN FROM THE PERSON OF:

NAME OF OWNER: James Larry

OWNER'S ADDRESS:  
C.B. NO.: 17658 270

TAKEN INTO CUSTODY BY / OFFICER'S NAME(S) / STAR NO.: 360 Hammond

| QTY | ITEM | QTY | ITEM |
|---|---|---|---|
| | CASH $ — | | |
| | ID | | |
| | DL | | |
| | E Track | | |
| | Belt | | |
| | laces | | |

LOCK UP KEEPER (SIGNATURE): Wal  
STAR NO.: 4925L

DESK OFFICER (SIGNATURE):  
STAR NO.:

CPD-11.502 (Rev. 9/79)  
(SEE OTHER SIDE)    OWNER'S RECEIPT COPY

STATE OF INDIANA  )
                 ) SS:
COUNTY OF LAKE   )

## RECEIPT OF SEARCH WARRANT

The following property was obtained on the 1st day of SEPT., 2009, pursuant to Search Warrant issued on the 1st day of SEPT., 2009.

### DESCRIPTION OF PROPERTY

1 - PURPLE & BLACK COAT
1 - BLUE, GOOGI SHIRT
1 - RED, BLACK & WHITE JACKET
1 - TOOTH BRUSH WHITE & TORQUIOS
1 - TOOTH PASTE CREST
2 - PACKAGES GNC VITAMINS
1 - BLACK PIRATES HAT
3 - CELL PHONES

The receipt of said property was given to/or left at the premises or vehicle described in the Search Warrant as,

1995 LINCOLN.

Dated this 1st day of SEPT., 2009.

_____
Signature of person giving receipt

_____
Person receiving receipt



# ABANDONED / IMPOUNDED VEHICLES REPORT

State Form 4106 (R14 / 1-06) / BMV Form 322B

## INDIANA BUREAU OF MOTOR VEHICLES

**INSTRUCTIONS:** Indiana law requires the impounding agency or towing operator to submit the top copy of this report to the Bureau of Motors within 72 hours of removing an impounded or abandoned vehicle. Return this portion of the completed form to: Indiana Bureau of Motor Vehicles, Abandoned Vehicles Department, 100 North Senate Avenue, Room N404, Indianapolis, IN 46204.

**4286091**

### FOR BMV USE ONLY

| DATE RECEIVED | |
|---|---|
| FILE NUMBER | |

### LOCATION AND DESCRIPTION OF ABANDONED / IMPOUNDED VEHICLE

| Street address and, if applicable, rental property name | County | City | Date towed |
|---|---|---|---|

| Make of vehicle | Year | Style | Model | Color | Vehicle Identification Number (VIN) |
|---|---|---|---|---|---|

| License plate number | Issue year | State | Plate color | Vehicle odometer reading |
|---|---|---|---|---|

| Vehicle owner's name as determined by (1) plate or (2) VIN (circle source of information) | Last person in possession of vehicle, if known |
|---|---|

| Address (number and street) | Address (number and street) |
|---|---|

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|

**Reason for the tow** (circle the appropriate category): (A) Abandoned, (B) Expired plate, (C) Narcotic arrest, (D) Parking violation, (E) Stolen, (F) Wrecked, or (G) Other (explain the reason)

### TO BE PREPARED BY IMPOUNDING OFFICER IF APPLICABLE

| Police agency name | Is the total value of the vehicle $600 or more? |
|---|---|

**General condition of the vehicle** (Please indicate whether each of the following parts are: (1) Good, (2) Fair, (3) Poor, or (4) Missing)

| Frame | Engine | Transmission | Tires |
|---|---|---|---|
| Wheels | Seats | Battery | Shell |
| Windshield | Radiator | | |

| Name(s) of arrested person(s), if applicable | Charge, Indiana Code citation, UTT Number, if applicable |
|---|---|

List inventory of items in vehicle, if applicable

| Name of impounding officer (if applicable) | Impounding officer's signature and identification number | Date signed |
|---|---|---|

### TO BE PREPARED BY GARAGE OWNER

| Name of person who towed the vehicle | Name of tow company | Telephone number |
|---|---|---|
| Gabe Parker | | 219-853-8517 |

| Address (number and street) | City | State | ZIP code |
|---|---|---|---|
| 1505 Indianapolis Blvd | Hammond | IN | 46394 |

| Tow lot ID number | Daily storage fee | Date(s) stored | Time wrecker was called | Time wrecker arrived |
|---|---|---|---|---|
| | $25.00 | 8/21/09 | am / pm | am / pm |

**Vehicle Status** (circle the appropriate category): (1) Junk (impounding officer determined vehicle's value is less than $500), (2) Mechanic's lien, (3) Public sale by city, town or county, (4) Released to owner or lien holder, (5) Police hold, (6) Other hold

| Name of property owner who requested towing (if applicable) | Signature of property owner | Date signed |
|---|---|---|

| Name of tow company representative | Signature of tow company representative | Date signed |
|---|---|---|
| Gabriel Herren | | 8/24/09 |

**IMPOUNDEE COPY**



# PROPERTY INVENTORY – NO.
## CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV 6/03)

**INV NO** 11770703  **PKG NO** 1919720  **RD** HR508515  **RE-INVENTORY OF:** _____  **UNIT** 004

| DATE RECOVERED | 27-AUG-2009 |
|---|---|

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 3583319 | 1 | PRISONER PERSONAL : BLACK WALLET CONTAINING MISC. IDS AND PAPERS |

**UCR:** 031A  **ROBBERY: ARMED: HANDGUN**
**STATE CHARGES:** 720 ILCS 5.0/18-2-A-2
**CHARGE TYPE:** FELONY  **INCHOATE:**  **OFFENSE AS CITED**
**RECOVERED/SEIZED FROM - NAME:** JAMES, LARRY   AT 2255 E 103rd ST CHICAGO, IL   **BEAT OF RECOVERY** 434
[ ] DECEASED  [X] ARRESTED

| OWNER'S NAME | ADDRESS | TELEPHONE NO. |
|---|---|---|
| JAMES, LARRY | | |

**CURRENCY:** _____   **$ INVENTORY AMT** _____

**Court Date** _____  **Court Branch** _____

### EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

**COMMENTS:** _____

| FOUND BY - NAME | STAR# 4728 |
|---|---|
| STARK, CHRISTOPH | |

[ ] CHECK IF C.P.D.
[ ] HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT HELD FOR INVESTIGATION EVIDENCE LEAVE BLANK)
**INVESTIGATING OFFICER** - STAR NO  UNIT
PROPERTY OWNER PICK-UP PURSUANT TO NOTICE OF INVENTORY RETURN POLICY
PROPERTY PICK-UP NAME  STARK, CHRISTOPH

[X] TO BE DISPOSED OF - CUSTODIAN NOT TO BE RETURNED (SEE APPLICABLE DISTRICT / UNIT NOTIFICATION PROCEDURE; NOTE NAME OF OWNER UNKNOWN) Finalized for Approval
FINAL DESTINATION OF PROPERTY

2 JEFFERS ONS LANE
PAUL KEN ADAI?

STAR NO. 5446
UNIT 004

ARRESTEE INFORMATION
SEIZURE WITHOUT SEARCH WARRANT - (III Rev. Stat. Chap. 38, Sec. 108-2) 725 ILCS 5/108-2

GIVE THE SPECIFIC ID ARRESTEE ...

---

**INVENTORY NO**  11770703

## Notice of Inventory Return Policy

Personal Property Inventoried as "Property Owner Pick-up" can be recovered at Evidence & Recovery Property, 1011 S. Homan Ave, Chicago, Illinois, 60624 with a copy of this inventory receipt and proper identification. If you are incarcerated, then you may recover personal property by sending this inventory receipt, a copy of your identification and your place of incarceration to Chicago Police Department, Evidence & Recovered Property, 1011 S. Homan Ave, Chicago, Illinois, 60624. Pursuant to State Law, property which is evidence requires a court order for release. Personal property which is not claimed within 30 days will be considered abandoned and will begin the statutory period for forfeiture under Illinois Law.

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

RECEIVED
2010 FEB 24 AM 8:53  2/15/10
CLERK  U.S. DISTRICT COURT

Dear: Dorothy Brown

Hey Ms. Brown, my name is Larry James I'am currently locked up in Pinckneyville, Correctional Center. I am writing to request copy of my police report and 1 copy of my warrent that was issue on 8-27-09. I'm requesting these copies because I was never persentence those document I have been trying to get copies of those documents since I was locked up. So I'am asking for those document and also 1 copy of Certified Statement of Conviction/Disposition. I need them for my parole rehearing.

Thank you,

IDOC Warrant#MN0908690

Sincerely,
Larry James

RECEIVED 3/17/10

Dear Dorothy Brown

Hey Ms. Brown, my name is Larry James. I was sent to the county on 8-29-09 my number is 2009-0057696 Div 10-3-D.8. The police report was filed on 8-27-09. I was born 09-11-89. Here are the complaint No. TT-409-026 and TT-409-025 case was held in Traffic court room 3. I am currently locked up at Pinckneyville Correctional Center. I am writing to request copys of my police report, copys of the warrent issued on 8-27-09 and I'm also requesting copies on my disposition paper from this case. I never received copies of the police report.

Thank you

Sincerely,
Larry James

FILED
TR-LL20
APR 23 2010
DOROTHY BROWN
CLERK OF CIRCUIT COURT
OF COOK COUNTY, IL

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**

Richard J. Daley Center
Room LL 20
Chicago, Illinois 60602
(312) 603-2927
FAX (312) 603-2928
www.cookcountyclerkofcourt.org

# OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

April 26, 2010

Larry James
P.O. Box 999
Pinkneyville, IL 62274

Dear Mr. James:

Re: Traffic Citation Number TT-409-023

We regret that we are unable to process your traffic citation(s) by mail for the following reason(s):

☐ No payment was sent to cover the fine. The fine is $

☐ Your check is not signed.

☐ The amount of fine enclosed is incorrect. The fine is $

☐ The amount of your cash bond is $ . In order to comply with your request for Traffic Safety School, please submit a check or money order for $30.00 before

☐ The charge(s) against you require(s) a court appearance.

☐ You were involved in an accident, where personal injury has been sustained; therefore you must appear in court.

☐ Traffic Safety School payment must be received by

☐ Guilty payment must be received by

☐ A court date has been assigned to you because we did not receive your payment on time. Either appear in court on , plead guilty for $ or pay $ for Traffic Safety School before If payment is received before court date, please disregard court date card.

☐ Check or Money Order was damaged in the mail. Please submit a new check or money order.

☒ Other: Police report is not held at our office.

**Please all payments and correspondence to:**
Clerk of the Circuit Court
First District Traffic
Richard J. Daley Center, Room LL 01
Chicago, Illinois 60602

If you have any questions or if we can be of further service, please call (312) 603-2933 or (312) 603-2934.

Sincerely,
**Dorothy Brown**
Clerk of the Circuit Court of Cook County, Illinois

By: _____ Deputy Clerk

CCTR EF 6-02/08/2004 Court Diversion Letter

APR 26 2010

# AFFIDAVIT

I, Larry James, deposes and says that as to the matters herein; he is the plaintiff in the above-entitled cause; that the plaintiff has read the foregoing document; him signed and the statements contained therein are true in substance and in fact.

/s/ Larry James
AFFIANT

Signed before me this 5 day of Oct 2010.

Donna Heideman
Notary Public

OFFICIAL SEAL
DONNA S HEIDEMANN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/13

IN THE

United States District Court Northern District of Illinois Eastern Division

Larry James
Plaintiff/Petitioner   )
                       )
                       )
         Vs.           )          No. _____
                       )
                       )
Sgt. Grisafi Star #360 )
Defendant/Respondent   )

## PROOF/CERTIFICATE OF SERVICE

TO: _____          TO: _____
    _____              _____
    _____              _____
    _____              _____

PLEASE TAKE NOTICE that on  10-21 , 20 10, I placed the attached or enclosed documents in the institutional mail at Pinckneyville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: 9-20-2010

/s/ Larry James
Name: Larry James
IDOC#: R63280
Address: P.O. Box 999
         Pinckneyville, IL 62274

OFFICIAL SEAL
TERESA KISRO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/20/12

Subscribed and sworn to before me this 20th day of Sept, 20 10.

Teresa Kisro
Notary Public